*Seeley, Edward R. Johnston, Edmund D. Adcock* and *Vincent O'Brien* for petitioners. *Thomas C. McConnell* for respondents.

No. 365. DOWNING *v.* HOWARD ET AL. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *James R. Morford* for petitioner. *William S. Potter* for Howard et al.; *Caleb S. Layton* and *Neal M. Welch* for Caspary, Executor; *Ralph M. Carson* for Hopkinson, Jr.; and *Caleb S. Layton* and *Allen T. Klots* for Thorne et al., respondents.

No. 372. STATE LODGE OF MICHIGAN, FRATERNAL ORDER OF POLICE, ET AL. *v.* CITY OF DETROIT ET AL. Certiorari denied. *Edward N. Barnard* for petitioners. *William E. Dowling* for respondents.

No. 74, Misc. EVANS *v.* HUNTER, WARDEN. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent.

No. 95, Misc. TARAS *v.* NEW YORK. Certiorari denied.

No. 109, Misc. WALEY *v.* JOHNSTON, WARDEN. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent.

No. 134, Misc. MATTIO *v.* LOUISIANA. Certiorari denied. *Maurice R. Woulfe* for petitioner.